WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-417—)

CLARK OIL AND REFINING CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CORRECTION, Respondent.

*Opinion filed February 4, 1975.*

CLARK OIL AND REFINING CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-434—)

THE FLAX COMPANY, Claimant, *vs.* STATE OF ILLINOIS, OFFICE OF THE SUPERINTENDENT OF PUBLIC INSTRUCTION, Respondent.

*Opinion filed February 4, 1975.*

THE FLAX COMPANY, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; MARTIN A. SOLL, Assistant Attorney General, for Respondent.

PER CURIAM.